In the Matter of the Adoption of Joseph Krenkel, Jr., an Infant. Rita K. Auricchio, Appellant; Nathan G. Horn et al., Respondents.— Order of adoption, made by the Surrogate's Court of Queens County, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ. [See post, p. 664.]